**Dated: May 11, 2017**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

| | |
|---|---|
| **In Re:** | |
| **Christopher Allen Pritchard** | **Chapter 13** |
| **and Amy Catherine Pritchard,** | **Case No. 16-28641** |
| **Debtors.** | |

_____

| | |
|---|---|
| **In Re:** | |
| **Christopher Allen Pritchard** | |
| **and Amy Catherine Pritchard,** | |
|     **Plaintiffs.** | **AP Case No. 16-00292** |
| **vs.** | |
| | |
| **Wells Fargo, N.A.,** | |
|     **Defendant.** | |

_____

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
_____

This cause came on to be heard before this Honorable Court upon the Plaintiff's Motion for Default Judgment, proper service being completed, and the defendant having failed to file an Answer within 30 days of receipt of service; and it appearing to the Court that good cause exists to grant the

requested relief;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Motion for Default Judgment should be and is hereby granted.

APPROVED:

THE COHN LAW FIRM

/s/ William A. Cohn
William A. Cohn
Attorney for the Debtors
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557
TN Supreme Court No. 005873
TX Supreme Court No. 04512980

By: /s/ Sylvia F. Brown
       Chapter 13 Trustee
       Chapter 13 Trustee

Please Serve:
Attorney
Trustee
Debtors
All Interested Parties